United States district court for
the Middle District of Tennessee
Nashville division

FILED

2005 JUL -6 PM 2:09

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| Jerome Finis Sawyers | ) | Assigned number: ______ |
| claimant/plaintiff | ) | Case number recording trespass and conversion: 3:01-00133-01, 3:01-00133 |
| centrally registered | ) | |
| Holder in due Course | ) | Invoice # JFS/31799 3 05 0528 |
| 'versus' | ) | NOTICE OF SUPERIOR CLAIM |
| UNITED STATES Government/and vessels: | ) | AN |
| Richard F. Clippard | ) | IN Admiralty |
| Van Vincent | ) | COMPLAINT |
| James K. Vines | ) | in rem and in personam//petitory, |
| Robert L. Echols | ) | possessory suit// pursuant to Rule 9 (h) of "Federal Rules of Civil Procedure" |
| Keith Throckmorton | ) | and "Supplemental Rules for certain Admiralty and Maritime Claims"//'leave for |
| Denny King | ) | claims against UNITED STATES Government & vessels Title 46 USCA § 741 notes 7 & 8// |
| Donald Stine | ) | Additional authoritative statutes of 'same Title': §§ 742, 744, 748, 750, 781// by |
| | ) | RESTRICTED APPEARANCE Rule E (8) |
| | ) | |

## Jurisdiction

[T]his is an IN Admiralty claim-as herein more fully appears. As there is no common law or state remedy in an action **in rem** between private persons; where a vessel or thing is (itself) treated as the offender and made the defendant by name or description in order to enforce a right against the **res.** Accordingly, in now matter the court does not have jurisdiction **"over"** subject matter- legal title to commercial * case number 3:01-00133, pursuant to "defensive pleadings" **Rule 12b(1).** Moreover, this court also lacks jurisdiction **"over"** claimant/plaintiff a Holder in due Course, where said party is operating in their private capacity in original jurisdiction 'with no' sufficient or minimum contacts within 'this district'; **Rule 12b(3).**

However, because now matter is an IN Admiralty claim this United States district court does have jurisdiction **"of"** the subject matter- pursuant to **Title 28 USCA** 'Federal Rules of Civil Procedure' **Rule 9(h)** "and by way of" 'Supplemental Rules for Certain Admiralty and Maritime Claims. And the present action against United States Government 'and' vessels is further advanced by **Title 46 USCA §§ 741, 742, 743, 744, 748, 749, 750, 781.**

The UNITED STATES Government (for the purpose of permitting this class of claims) waived its sovereign immunity and that of its vessels. Wherefore, this IN Admiralty claim confers 'exclusive jurisdiction' upon district court to hear now 'petitory, possessory suit' (brought **in rem** and **in personam**) to try issue of defendants hostile possession/trespass/ conversion of claimant's (centrally registered/perfected) **'lawful'** legal title and property.

* The Uniform Commercial Code "contains no penal provisions." **UCC § 1-103:28**

**N o t e:**

* The court is directed to take 'judicial notice' of the following: **Immediately** * preceding **any** and **all** formal citations- statutes/codes/authorities within the * four (4) corners of this document; claimant/plaintiff herenow imposes the words * **"in the NATURE OF YOUR PRIVATE..."**. Wherefore, the appearance of such (poten- * tially Registered or Copy Righted) citations shall not be construed or implied * as "usage" nor "acceptance" of any Public benefit or privilege. Thus, claimant * does not incur any obligation or suffer dimunution to private rights and **in** * **itinere** status by appearance of such formal citations. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**(2) F a c t s**

[K]now this United States district court, by these lawful presentments, that I, Jerome Finis Sawyers- claimant/plaintiff flesh and blood man Adam (hereinafter claimant) in propria persona, and by **restricted appearance** Rule E(8); herenow aver, depose and says:

The UNITED STATES Government is currently in hostile possession and conversion of privately owned (centrally registered and perfected) Title and property of claimant. And claimant further aver and says in setting its legislative intent in now pleading, UNITED STATES Government- through actions of its Public vessels (hereinafter defendants) accomplished such acts through **essential fraud, conversion, coercion,** and **false representation;** such violative actions are not limited to those now mentioned.

Whereas, on or about April 25, Anno domini 2003 (though incipient trespass and conversion having commenced prior thereto) defendants, during open court proceeding in the middle district of Tennessee state Republic, knowingly (with intent) presented UNITED STATES Government as the lawful Title holder over claimant's personal 'flesh and blood physical body' and personal Rights (rem and res); wherethen, fraudulently misrepresented claimant as in co-partnership with defendants **'Stramineus Homo'**(SAWYERS, JEROME FINIS) for dolus claim of injuries and **standing** as plaintiff for redress against claimant's (presumed/assumed) fiduciary violations against owner UNITED STATES Government.

However, as all instruments issued by UNITED STATES Government (Indictments/ Judgements) are commercial in nature- intended for the generation of **internal revenue** for **external purpose** (legally applicable against juristic persons/entities for their "General Welfare" under operation of laws governing **Prescription/Incorporeal Hereditaments/Long Continued Enjoyment;** There exist NO LAWS (presumptions nor assumptions) authorizing defendants to commence nor execute such commercial actions against a **holder in due course** operating in their private capacity in original jurisdiction.

Wherefore, absent disclosure of any 'material fact' defendants did:

(1) Knowingly (with intent) marketed a **non substance fiction** as a security.

(2) Knowingly (with intent) violated 'Prospectus Rule 5(b) upon Non disclosure of a securities offering;

whereas:

(a) Failure to disclose material facts- offering a security without revealing that the dealer controlled the market for the security- failure to disclose that the price, thereof, was established in non competitive market- a violation of 10(b) of the "Exchange Act" and "SEC Rule 10 (b)- 5.

(b) Failure to disclose material that the market price for security is artificially maintained and raised- a violation of "Anti-Fraud Provisions § 9 of Exchange Act."

(c) Failure to disclose that the underwriter of offered securities has reserved the right to trade in (offered security) for its own account- a violation of the "Anti Fraud Provision" 10(b) of "Exchange Act."

(d) Failure to disclose the nature and amount of neither securities outstanding nor the securities being offered- a violation of "Anti Fraud Provisions" and "Prospectus Rule" 5(b) 2.

(3) Willful conversion of private property and trespass upon personal Legal Title. And proof of the foregoing is sufficient for maintenance of now IN Admiralty claim against defendants; as the primary issue now before the court concerns unlawful trespass against Legal Title and personal property.

**(3) L e d g e r i n g**

The Legal theory upon which Legal Title (rem and res) shall be recognized as resting solely under ownership and control of claimant are as follows:

Being a fact of law, all UNITED STATES Government physical assets and functionaries are strictly controlled by congressional statutes/policies. Wherethrough, Congress manifest its considered response to **'stare decisis'** Presidential Executive Orders dating back to March 9, Anno domini 1933. Wherefore, in recognition of the continuing demands prompted by- then: (1) Presidential Declaration of UNITED STATES Government bankruptcy; (2) Placement of nation on 'Emergency War Time' footing within the present 'Emergency Military Venue'; (3) reconstruction of national economy under dictates of Admiralty/Maritime principles of limited liability; (4) And necessity for imposition of national insurance policy construct (Social Security, etc.) upon UNITED STATES juristic citizens and entities- Congress, for purpose of remedy and available recourse for those opting to reside in original jurisdiction, wisely set in place and maintains (for purpose of national and international 'comity', national policies which recognize 'neutral friendly' privately operated vessels rights to move unbated through the seas of commerce.

Accordingly, **House Joint Resolution-192** (in conjunction with Uniform Commercial Code) avails /affords such remedies and recourse to all whom are knowingly able to dispassionately execute such provision for maintenance of their private capacity absent "Public" **uses** and **transactions.**

Wherefore, as claimant has knowingly utilized such provisions for discharge of ALL Public liabilities- firmly establishing his **legislative intent** to operate in original jurisdiction (Claimant did so ACCEPT FOR VALUE all relevant commercial instruments required for perfection of now personal status as **holder in due course)** in now Ledgering it is sufficiently clear defendants are not capable of presenting a coherent counter claim for a success -ful challenge to claimant's claim to Legal Title and personal property. As a matter of law and fact, UNITED STATES Government is a 'body corporate' which functions for municipal purpose. And as is true of all artificial entities it is incapable of perfecting Legal Title over 'flesh and blood human beings' who knowingly operate in original jurisdiction in their private capacity. Thus, Legal Title can only rest with claimant- centrally registered **holder in due course.**

Wherenow, due to non controvertible issues of fact and law it is readily discernible:

(a) **Title 46 USC § 741 'notes 7 & 8'** permits claimant to bring present action against UNITED STATES Government and **vessels**

(b) **Title 46 USC § 742** requirement for validation of claim process is complete- in that:
   (1) IN Admiralty Claim is duly filed in the UNITED STATES **district court** for the Middle district of Tennessee state Republic; (2) Certified service of claim is served upon UNITED STATES Attorney General 'and' UNITED STATES Attorney in district of court of service

(c) **Title 46 USC 743, 744** claimant's privately owned (personal flesh and blood human body) must be released from current unlawful seizure- presently under hostile possession by UNITED STATES Federal Bureau of Prisons; Holder of the key being (vessel) Donald Stine at: c/o 330 Federal Way, Pine Knot; near [42635] Kentucky

(d) **Title 46 USC §§§ 748, 749, 781** claimant is entitled to immediate award, or settlement against UNITED STATES public vessels (defendants)

(e) **Supplemental Rules for Certain Admiralty and Maritime Claims, (Rule D), Possessory, Petitory Action** does/now evidence claimant's **holder in due course** standing over Legal Title and possessions thereof; mandating district courts formalized recognition of

claimant's asserted right to possession of personal flesh and blood physical body of "Jerome Finis Sawyers (claimant)" and release of 'Order of the court' pertaining to commercial Judgement # **3:01-00133-01** 'and' commercial superseding indictment # **3:01-00133.**

## (4) W i t n e s s

UNITED STATES Government - **vessels:**

Richard F. Clippard [consignor] Address: c/o 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee [37203]

Van Vincent [consignor] Address: c/o 110 Ninth Avenue South, Suite A-961 Nashville, Tennessee [37203]

James K. Vines [consignor] Address: c/o 110 Ninth Avenue South, Suite A-961 Nashville, Tennessee [37203]

Robert L. Echols [consignee] Address: c/o U.S. Courthouse, 801 Broadway Nashville, Tennessee [37203]

Keith Throckmorton [issuer] Address: c/o U.S. Courthouse, 801 Broadway Nashville, Tennessee [37203]

Denny King [bailee] Address: c/o U.S. Courthouse, 801 Broadway Nashville, Tennessee [37203]

Donald Stine [Warehouseman] Address: c/o 330 Federal Way, Pine Knot Kentucky [42635]

Jerome Finis Sawyers [claimant] Address: c/o 330 Federal Way, Pine Knot Kentucky [42635]

## (5) E v i d e n c e

Claimant does so now aver and says, that all documents presented as evidence are true, correct, and appropriately complete; and were prepared/and or issued in compliance with law:

**Exhibit (1)** Apostille- evidencing claimant's authentic signature.

**Exhibit (2)** Notice of 'Affirmation of Status' - setting forth claimant's legislative intent as 'neutral friendly' operating outside of Public venue.

**Exhibit (3)** Certificate of Birth Document - ACCEPTED FOR VALUE; thus, establishing formal recording of claimant's 'legislative intent' to remove Public Liability obligations (presumptions or assumptions) cancelling all quasi-titles and standing over claimant/holder in due course.

**Exhibit (4)** Registered Bill of Exchange- evidencing claimant's 'executive intent' to extinguish public liabilities/obligations associated with Public "uses" **and** "transactions"; through knowing application of remedies afforded by "House Joint Resolution-192.

**Exhibit (4a)** Registered Bill of Exchange # JFS1......... - **extinguishing all Public** Liabilities associated with Certificate of Birth document # 141-1980-000848

**Exhibit (4b)** Registered Bill of Exchange # JFS2......... - **extinguishing all Public** Liabilities associated with Social Security Account #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 (Maritime Insurance Policy).

**Exhibit (4c)** Registered Bill of Exchange # JFS3......... - extinguishing all Public Liabilities associated with one commercial superseding indictment #3:01-00133

**Exhibit (4d)** Registered Bill of Exchange # JFS4..........- extinguishing all Public Liabilities associated with one commercial judgement and commitment order #3:01-00133-01

judicial intent removing any and all 'presumptions or assumptions' as to claimant's enjoyment of any Public benefit or privilege; thus, claimant is not **subjectable to** nor under any 'operation of law' governing Prescription/ Incorporeal hereditaments/Long continued enjoyment.

**Exhibit (6)** UCC - 1 Financing Statement (original filing) - evidencing claimant's NOTICE to all public and private parties of 'intent' to operate in 'private capacity' thus, DEBTOR'S (SAWYERS, JEROME FINIS) entrance into Commercial Registry.

**Exhibit (7)** Centrally filed/perfected 'Security Agreement'- perfecting claimant's lawful legal interest as 'holder in due course' against legal corporate fiction (DEBTOR) SAWYERS, JEROME FINIS. **NOTE:** Utilization of 'said legal corporate fiction' for sustaining **any** and **all** claims based upon legal title thereto - by any third party, is void **ab initio** and constitutes **trespass** and **conversion** of personal Title and property.

**Exhibit (8)** Commercial Superseding Indictment #3:01-00133 is ACCEPTED FOR VALUE: This commercial instrument is Discharged and Extinguished pursuant to "House Joint Resolution - 192".

**Exhibit (9)** Commercial Judgement and Commitment Order #3:01-00133-01 is ACCEPTED FOR VALUE and Discharged pursuant to **HJR-192.**

**Exhibit (10)** Notice of Secured Party's Signature - this true, correct, and complete signature is formal notice to both private and public sector attesting to the official "Notarial SEAL" of Jerome Finis Sawyers.

**Exhibit (11)** UCC-3 Amendment - evidencing claimant's "Security Interest" in certain collateral.

**Exhibit (12)** UCC-3 partial release - evidencing claimant's partial release of funds necessary for the Discharge of Public Liabilities - being: release of funds /order in the amount of $1,000,000.00 to the State of Tennessee Department of Health and Vital Records; release of funds/order in the amount of $640,000.00 to Social Security Administration; release of funds/order in the amount of $5,000,000.00/$5,000,000.00 to UNITED STATES Government

**Exhibit (12a)** Bill of Exchange # # JFS3 'and JFS4 is consolidated in one (1) total payment to UNITED STATES Government

## (6) M e m o r a n d a

Dispassionately, claimant's summarization of present matter is as follows: Claimant is afforded the lawful right to bring this 'possessory, petitory' suit against UNITED STATES Government and it's **vessels** to try Title and rightful possession of claimant's (in full life) physical flesh and blood body 'and' rightful possession of Commercial Superseding Indictment #3:01-00133; Commercial Judgement and Commitment Order #3:01-00133-01; pursuant to **Title 46 USCA §§ 741, 742, 743, 744, 748, 749,** and **781; Title 28 USC Federal Rules of Civil Procedure Rule 9(h),** 'and' **Supplemental Rules for Certain Admiralty and Maritime Claims, Rule D** and E(8).

**Wherefore,** UNITED STATES Government (in harmony with national and International comity) did so relinquish sovereign immunities for 'itself' and 'public vessels' in suits IN Admiralty. And in the present action claimant has removed all "presumptions or assumptions" (under maxims of Law) of his false legal classification as a 'public vessel' answerable to UNITED STATES Government for commercial "uses" through operations of law governing privileged 'usage' of Limited Liability- enabling defendants assertion of quasi- title over claimant. Wherenow, defendants are incapable of asserting **"any"** coherent counter claim for neither legal nor lawful standing over "rem" or "res"; for as the foregoing evidence clearly demonstrates, claimant has Rightful Title and possession of (both) rem and res. And absent Title defendants are not able to demonstrate requisite injuries to acquire sufficient standing to defeat claimant's possessory, petitory suit.

## (7) Relief

Accordingly, due to the foregoing (prima facie) evidencing of claimant's rightful Title to and possession to private property; and defendants inability to set forth **'any'** counterclaim- absent continued conversion and trespass on privately owned (centrally registered) property. Wherefore, defendants are without **"defense"** . And in light of their charged possession of Superior knowledge in the proper execution of law, defendants continued assertion of Title will constitute **'knowing and intentional'** barratry. Wherenow, the court is directed to affirm the following relief:

(a) Eject the Title to and possession of Commercial Superseding Indictment #3:01-00133; Commercial Judgement and Commitment Order #3;01-00133-01 from the custody and possession of UNITED STATES Government; and restore rightful possession and Title to now claimant;

(b) Eject the Title to and possession of one (in full life) physical flesh and blood body of Jerome Finis Sawyers/claimant, from the hostile custody of UNITED STATES Government, and restore rightful possession and Title to now claimant (Jerome Finis Sawyers) by immediate release from incarceration into society at large; thus, restoring claimant's personal liberty;

(c) As it is evident through court's review of record that the claimant is entitled to immediate release through issuance and execution of court Order "or" execution or release Order provided by claimant; the court shall forthwith Order claimant's release through delivery of 'said' Order to appropriate official for immediate execution.

Wherefore, should defendants decide to impede court's recognition of claimant's perfected secured interest through captious prolongment of settlement/resolve of now matter in harmony with "House Joint Resolution-192" Discharge of the Public Debt; then, defendants are directed to (forthwith) complete and return (to claimant) **W-9 Tax Identification Forms** to allow claimant to knowingly determine who is delinquent or making other claims. Special **"Notice"** is given to all defendants named in this claim/suit within **Exhibit 13- "Actual and Constructive Notice".** All dishonor is ACCEPTED FOR VALUE and placed in the Commercial Registry for the Equal Exchange. Continued conversion and trespass upon claimant's personal property **shall/will** result in remedy and recourse without tribunal for the sum of $50,000,000.00¢ per diem 'and' **any** and **all** (other) remedies which inure to the benefit of claimant.

"There are strong minds in every walk of life that will rise Superior to the disadvantages of situation, and will command the tribute due to their merit, not only from the classes to which they particularly belong, but from Society in general. The door ought to be equally open to all; and I trust for the credit of human Nature, that we shall see examples of such vigorous plants flourishing in the soil..." **Federalist, No. 36.**

**All able and willing minds will be needed for knowing Discharge of Public Debt**

**WE 'several' mean no harm!**

Yet, it is discerned if resolve of now matter rest not upon claimant's confirmed **standing** as Lawful Title holder - in private personal capacity in original jurisdiction; then, it is (or is it) about kidnap (?) Claimant (through knowing exercise of its executive intent) is capable of pursuing now matter to an amiable conclusion.

Jerome Finis Sawyers

Jerome Finis Sawyers(Claimant)



Case 3:05-cv-00528 Document 1 Filed 07/06/05 Page 7 of 7 PageID #: 7