UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEROME FINIS SAWYERS ]
    Plaintiff, ]
]
v. ] No. 3:05-0528
] Judge Campbell
UNITED STATES OF AMERICA, ET AL. ]
    Defendants. ]

O R D E R

The Court has before it a Report and Recommendation (Docket Entry No. 19) from the Magistrate Judge recommending the *sua sponte* dismissal of this action, plaintiff's Motion for Clarity of Magistrate's Report and Recommendation (Docket Entry No. 21) and timely objections (Docket Entry No. 22) to the Report and Recommendation.

The Court has reviewed these pleadings and the record *de novo* and finds that both the plaintiff's Motion for Clarity and his objections lack merit. Therefore, plaintiff's Motion for Clarity of Magistrate's Report and Recommendation is DENIED. The plaintiff's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects and this action is hereby DISMISSED with prejudice.

It is so ORDERED.

_____
Todd Campbell
Chief District Judge